IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONA SPILLANE,

    Plaintiff,                             No. CIV S-11-1000 EFB (TEMP)

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.                         <u>ORDER</u>
_____/

        Defendant has filed an answer and administrative transcript. Under the scheduling order previously issued, plaintiff's motion for summary judgment is to be filed within forty-five days after service of the administrative record.

        The court takes judicial notice of the document filed in *Slack v. Astrue*, CIV S-09-1107 FCD EFB (TEMP) which states plaintiff's counsel of record in the instant action died on May 29, 2011. (2:09-1107, Dckt. No. 33.) No substitution of counsel has yet been filed in the instant matter.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within thirty days from the date of this order, plaintiff shall file a substitution of attorney. If no substitution of attorney is filed, plaintiff shall proceed in this action pro se.

////

1

2. The Clerk of Court is directed to serve a copy of this order on Robert C. Weems (SBN 148156), 769 Center Blvd. PMB 38, Fairfax, CA 94930; rcweems@weemslawoffices.com; phone: (415) 881-7653; fax: (866) 610-1430.

3. Plaintiff's motion for summary judgment shall be filed within seventy-five days from the date of this order.

DATED: August 11, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE