IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONA SPILLANE,

      Plaintiff,　　　　　　　　　　No. CIV S-11-1000 EFB (TEMP)

   vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.　　　　　　　　　　ORDER TO SHOW CAUSE
_____/

    Due to the death of plaintiff's counsel of record, by order filed August 12, 2011, the court directed plaintiff to obtain new counsel and to file a motion for summary judgment within seventy-five days. That order was served on Robert Weems, Esq., who was substituted in as counsel of record on September 26, 2011. Although the seventy-five days has passed, plaintiff has not filed a motion for summary judgment.

    Accordingly, IT IS HEREBY ORDERED that no later than November 30, 2011, plaintiff shall show cause why this action should not be dismissed for lack of prosecution. In the alternative, plaintiff may file a motion for summary judgment within that time period.

    IT IS SO ORDERED.

DATED: November 16, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE