IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONA SPILLANE,

      Plaintiff,                    No. CIV S-11-1000 EFB (TEMP)

      vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.                ORDER
_____/

     Due to the death of plaintiff's counsel of record, by order filed August 12, 2011, the court directed plaintiff to obtain new counsel and to file a motion for summary judgment within seventy-five days. Although the court directed the Clerk of Court to serve that order on Robert Weems, Esq., who was substituted in as counsel of record on September 26, 2011, the order was apparently not served as directed. *See* Response to Order to Show Cause, Dckt. No. 19.

     Accordingly, IT IS HEREBY ORDERED that:

     1. The order to show cause, Dckt. No. 18, is discharged.

     2. No later than December 30, 2011, plaintiff shall file her motion for summary judgment.

////

////

1

1    3.  No later than January 30, 2012, defendant shall file his opposition.

    IT IS SO ORDERED.

DATED:   December 1, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE