1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8972
       Facsimile:  (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9

10

11

   UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA

   SACRAMENTO DIVISION

12  MONA SPILLANE,                        )
                                          )   Case No.  CIV-2:11-cv-01000-EFB
13                    Plaintiff,          )
                                          )   STIPULATION AND ORDER
14         v.                             )   FOR A FIRST EXTENSION FOR
                                          )   DEFENDANT TO FILE NOTICE, MOTION,
15  COMMISSIONER OF                       )   AND MEMORANDUM IN SUPPORT OF
    SOCIAL SECURITY,                      )   CROSS-MOTION FOR SUMMARY
16                                        )   JUDGMENT AND IN OPPOSITION TO
                      Defendant.          )   PLAINTIFF'S MOTION FOR SUMMARY
17                                        )   JUDGMENT
   _____ )
18

19

20         IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

21  of the Court, that Defendant shall have a 30-day extension, or until February 29, 2012, in which to file

22  his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

23  Opposition to Plaintiff's Motion for Summary Judgment.

24         This is Defendant's first request for an extension of time in this matter.

25                                          Respectfully submitted,

    Dated: January 26, 2012                /s/ Robert Weems
26                                          (as authorized via e-mail)
                                            ROBERT WEEMS
27                                          Attorney for Plaintiff

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BENJAMIN WAGNER
United States Attorney

Dated: January 26, 2012

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant


ORDER

SO ORDERED.

DATED:  January 30, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2