1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8972
      Facsimile:  (415) 744-0134
7     Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                           UNITED STATES DISTRICT COURT
10                         EASTERN DISTRICT OF CALIFORNIA
                                **SACRAMENTO DIVISION**
11

12 MONA SPILLANE,                              )
                                               )   Case No.  CIV-2:11-cv-01000-EFB
13              Plaintiff,                     )
                                               )   STIPULATION AND ORDER
14       v.                                    )   FOR A SECOND EXTENSION FOR
                                               )   DEFENDANT TO FILE NOTICE, MOTION,
15 COMMISSIONER OF                             )   AND MEMORANDUM IN SUPPORT OF
   SOCIAL SECURITY,                            )   CROSS-MOTION FOR SUMMARY
                                               )   JUDGMENT AND IN OPPOSITION TO
16              Defendant.                     )   PLAINTIFF'S MOTION FOR SUMMARY
                                               )   JUDGMENT
17 _____              )

18

19       IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 of the Court, that Defendant shall have a 30-day extension, or until March 30, 2012, in which to file his

21 Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22 Opposition to Plaintiff's Motion for Summary Judgment.

23       This is Defendant's second request for an extension of time in this matter.

24                                     Respectfully submitted,

25 Dated: February 29, 2012            */s/ Robert Weems*
                                       (as authorized via e-mail)
26                                     ROBERT WEEMS
                                       Attorney for Plaintiff
27

28 ////

|   |   |
|---|---|
| | BENJAMIN WAGNER<br>United States Attorney |
| Dated: February 29, 2012 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

ORDER

SO ORDERED.

DATED:  February 29, 2012.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2