1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      160 Spear Street, 8th Floor
       San Francisco, California 94105
6      Telephone:  (415) 977-8972
       Facsimile:  (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA
                         **SACRAMENTO DIVISION**
11
   MONA SPILLANE,                    )
12                                   )    Case No.  CIV-2:11-cv-01000-EFB
                 Plaintiff,          )
13                                   )    STIPULATION AND PROPOSED ORDER
            v.                       )    FOR A THIRD EXTENSION FOR
14                                   )    DEFENDANT TO FILE NOTICE, MOTION,
   COMMISSIONER OF                   )    AND MEMORANDUM IN SUPPORT OF
15 SOCIAL SECURITY,                  )    CROSS-MOTION FOR SUMMARY
                                     )    JUDGMENT AND IN OPPOSITION TO
16               Defendant.          )    PLAINTIFF'S MOTION FOR SUMMARY
                                     )    JUDGMENT
17 _____    )

18

19      IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 of the Court, that Defendant shall have a 30-day extension, or until April 30, 2012, in which to file his

21 Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22 Opposition to Plaintiff's Motion for Summary Judgment.

23      This is Defendant's third request for an extension of time in this matter. The undersigned counsel

24 for the Defendant requires an extension as a result of a heavy briefing schedule during the next two

25 weeks, which includes preparing briefs in two appellate matters,  Om v. Astrue, Ninth Circuit, 11-17618

26 and Lundell v. Astrue, Ninth Circuit, 11-17603, as well as in various district court matters, including

27 Schneider v. Astrue, EDCA 11-707 and Harris v. Astrue, SDCA 11-322. In addition, the undersigned

28 counsel for the Defendant has a family vacation planned for the first week of April. Defendant

   respectfully requests an additional 30-day period in which to complete his briefing.

Respectfully submitted,

Dated: March 30, 2012                    */s/ Robert Weems*
                                         (as authorized via e-mail)
                                         ROBERT WEEMS
                                         Attorney for Plaintiff




                                         BENJAMIN WAGNER
                                         United States Attorney

Dated: March 30, 2012                    By */s/ Elizabeth Barry*
                                         ELIZABETH BARRY
                                         Special Assistant U.S. Attorney
                                         Attorneys for Defendant




                                         ORDER

SO ORDERED.

DATED:  April 3, 2012.

                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE

2