```
1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5     160 Spear Street, 8th Floor
      San Francisco, California 94105
6     Telephone: (415) 977-8972
      Facsimile: (415) 744-0134
7     Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**SACRAMENTO DIVISION**

| MONA SPILLANE, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. CIV-2:11-cv-01000-EFB |
| | ) | |
| v. | ) | STIPULATION AND PROPOSED ORDER FOR A THIRD EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

 IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until April 30, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

 This is Defendant's third request for an extension of time in this matter. The undersigned counsel for the Defendant requires an extension as a result of a heavy briefing schedule during the next two weeks, which includes preparing briefs in two appellate matters, Om v. Astrue, Ninth Circuit, 11-17618 and Lundell v. Astrue, Ninth Circuit, 11-17603, as well as in various district court matters, including Schneider v. Astrue, EDCA 11-707 and Harris v. Astrue, SDCA 11-322. In addition, the undersigned counsel for the Defendant has a family vacation planned for the first week of April. Defendant respectfully requests an additional 30-day period in which to complete his briefing.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 30, 2012 | */s/ Robert Weems* <br> (as authorized via e-mail) <br> ROBERT WEEMS <br> Attorney for Plaintiff |
|  | BENJAMIN WAGNER <br> United States Attorney |
| Dated: March 30, 2012 | By */s/ Elizabeth Barry* <br> ELIZABETH BARRY <br> Special Assistant U.S. Attorney <br> Attorneys for Defendant |

ORDER

SO ORDERED.

DATED:  April 3, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2