1  BENJAMIN WAGNER CSBN 163581
United States Attorney
2  DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
3  Social Security Administration
ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      160 Spear Street, 8th Floor
San Francisco, California 94105
6      Telephone:  (415) 977-8972
Facsimile:  (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8

9  Attorneys for Defendant

                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA
                      **SACRAMENTO DIVISION**
11

12  MONA SPILLANE,                    )
                                      )    Case No.  CIV-2:11-cv-01000-EFB
13              Plaintiff,            )
                                      )    STIPULATION AND PROPOSED ORDER
14       v.                           )    FOR A TWO-DAY EXTENSION FOR
                                      )    DEFENDANT TO FILE NOTICE, MOTION,
15  COMMISSIONER OF                   )    AND MEMORANDUM IN SUPPORT OF
    SOCIAL SECURITY,                  )    CROSS-MOTION FOR SUMMARY
16                                    )    JUDGMENT AND IN OPPOSITION TO
                Defendant.            )    PLAINTIFF'S MOTION FOR SUMMARY
17  _____ )    JUDGMENT

18

19          IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20  of the Court, that Defendant shall have a two-day extension, or until May 2, 2012, in which to file his

21  Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22  Opposition to Plaintiff's Motion for Summary Judgment.

23          This is Defendant's fourth request for an extension of time in this matter. The undersigned counsel

24  for the Defendant requires an extension as a result of a heavy briefing schedule, which includes

25  preparing briefs in two appellate matters,  Om v. Astrue, Ninth Circuit, 11-17618 and Lundell v. Astrue,

26  Ninth Circuit, 11-17603, as well as in various district court matters.

27

28

1

Respectfully submitted,

2   Dated: April 30, 2012

*/s/ Robert Weems*
(as authorized via e-mail)
ROBERT WEEMS
Attorney for Plaintiff

3

4

5

6

BENJAMIN WAGNER
United States Attorney

7

8   Dated: April 30, 2012

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

9

10

11

12

<u>ORDER</u>

13   SO ORDERED.

14   DATED:  May 2, 2012.

15

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2