1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      160 Spear Street, 8th Floor
       San Francisco, California 94105
6      Telephone: (415) 977-8972
       Facsimile: (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9

                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA
                         **SACRAMENTO DIVISION**
11

12 MONA SPILLANE,                    )
                                     )   Case No. CIV-2:11-cv-01000-EFB
            Plaintiff,               )
13                                   )   STIPULATION AND PROPOSED ORDER
       v.                            )   FOR A TWO-DAY EXTENSION FOR
14                                   )   DEFENDANT TO FILE NOTICE, MOTION,
   COMMISSIONER OF                   )   AND MEMORANDUM IN SUPPORT OF
15 SOCIAL SECURITY,                  )   CROSS-MOTION FOR SUMMARY
                                     )   JUDGMENT AND IN OPPOSITION TO
16          Defendant.                )  PLAINTIFF'S MOTION FOR SUMMARY
                                     )   JUDGMENT
17 _____    )

18

19     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 of the Court, that Defendant shall have a two-day extension, or until May 2, 2012, in which to file his

21 Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22 Opposition to Plaintiff's Motion for Summary Judgment.

23     This is Defendant's fourth request for an extension of time in this matter. The undersigned counsel

24 for the Defendant requires an extension as a result of a heavy briefing schedule, which includes

25 preparing briefs in two appellate matters, <u>Om v. Astrue</u>, Ninth Circuit, 11-17618 and <u>Lundell v. Astrue</u>,

26 Ninth Circuit, 11-17603, as well as in various district court matters.

27

28

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: April 30, 2012 | */s/ Robert Weems* |
| 3 |  | (as authorized via e-mail)<br>ROBERT WEEMS |
| 4 |  | Attorney for Plaintiff |

BENJAMIN WAGNER
United States Attorney

Dated: April 30, 2012      By */s/ Elizabeth Barry*
                           ELIZABETH BARRY
                           Special Assistant U.S. Attorney
                           Attorneys for Defendant

## ORDER

SO ORDERED.

DATED: May 2, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE